

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-85,026-01

### EX PARTE JUAN CARLOS GUAJARDO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-5528-15-C IN THE 139th DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of smuggling of persons and sentenced to one hundred and eighty days' imprisonment in state jail. He did not appeal the conviction.

Applicant contends that his sentence in this case is illegal because he was sentenced below the minimum punishment range allowed for a second-degree felony. The trial court recommends that relief be granted. We disagree.

Applicant pled guilty and was sentenced on December 15, 2015, to one hundred eighty days

in state jail with seventy-two days pre-sentence jail time credit. Given the aforementioned facts, he would only be required to serve one hundred and eight days in jail in order to complete the entirety of his sentence. However, this application was filed with the district clerk on April 7, 2016, which is beyond the one hundred and eight days required to discharge this sentence. We find that Applicant's sentence has discharged and he does not allege he is suffering any collateral consequences as a result of this conviction. Therefore, this application is dismissed. *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).


Filed: May 25, 2016
Do not publish